1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  KIMBERLY A. PAESE (State Bar No. 258594)
   kap@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant
7  U.S. BANK, NATIONAL ASSOCIATION,
   TRUSTEE, ON BEHALF OF THE HOLDERS
8  OF THE HARBORVIEW MORTGAGE LOAN
   TRUST 2005-12
9

10                    UNITED STATES DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| 12 | MARTIN PISTONE, an individual; CAROLYN PISTONE, an individual, | Case No. 3:14-cv-04581-LB |
|---|---|---|
| 13 | | [PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEY BY DEFENDANT U.S. BANK NATIONAL ASSOCIATION, TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST 2005-12 |
| 14 | Plaintiffs, | |
| 15 | vs. | |
| 16 | COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA, N.A.; SELECT PORTFOLIO SERVICES, INC.; NATIONAL DEFAULT SERVICES CORP.; U.S. BANK NATIONAL ASSOCIATION, TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST 2005-12; AUCTION.COM; and DOES 1-100, inclusive, | |
| 17 | | The Hon. Judge Laurel Beeler |
| 18 | | Action Filed: August 19, 2014 |
| 19 | | Trial Date: None Set |
| 20 | Defendants. | |

11951.0000/3488153.1                                          3:14-cv-04581-LB
                 [PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEY

1  IT IS HEREBY ORDERED that the request of U.S. Bank National Association, Trustee,
2  on behalf of the Holders of the Harborview Mortgage Loan Trust 2005-12 to substitute Severson
3  & Werson, A Professional corporation, as its attorney of record in place of Tiffany & Bosco, P.A
4  in the above-captioned matter is approved.

5  **IT IS SO ORDERED.**

7  Dated: November 10, 2014

_____
Honorable Laurel Beeler
United States Magistrate Judge