IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN PISTONE and CAROLYN PISTONE,

    Plaintiffs,

  v.

COUNTRYWIDE HOME LOANS, INC., BANK OF AMERICA, N.A., SELECT PORTFOLIO SERVICES, INC., NATIONSTAR MORTGAGE, INC., NATIONAL DEFAULT SERVICES CORPORATION, U.S. BANK, N.A., trustee on behalf of the HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST 2005-12, AUCTION.COM, AND DOES 1–100,

    Defendants.

No. C 14-04581 WHA

**ORDER TO SHOW CAUSE**

Defendants' motion to expunge the notice of *lis pendens* and request for attorney's fees is currently pending before the undersigned judge (Dkt. No. 24). Plaintiffs Martin and Carolyn Pistone, represented by Attorney John Fennacy, did not file a response. Attorney Fennacy is **ORDERED TO APPEAR** at the hearing on **MAY 28** at **8:00 A.M.** in Courtroom 8 **TO SHOW CAUSE** why he failed to return a signed original notice of voluntary withdrawal of *lis pendens*, why he should not pay all attorney's fees and costs associated with this motion, and why he should not be referred to our state bar.

**IT IS SO ORDERED.**

Dated: May 5, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE