1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  KIMBERLY A. PAESE (State Bar No. 258594)
   kap@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendants
7  U.S. BANK, NATIONAL ASSOCIATION,
   TRUSTEE, ON BEHALF OF THE HOLDERS
8  OF THE HARBORVIEW MORTGAGE LOAN
   TRUST 2005-12; NATIONSTAR MORTGAGE
9  LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTIN PISTONE, an individual; CAROLYN PISTONE, an individual, <br><br>        Plaintiffs, <br><br>    vs. <br><br>COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA, N.A.; SELECT PORTFOLIO SERVICES, INC.; NATIONAL DEFAULT SERVICES CORP.; U.S. BANK NATIONAL ASSOCIATION, TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST 2005-12; AUCTION.COM; and DOES 1-100, inclusive, <br><br>        Defendants. | Case No. 3:14-cv-04581-WHA <br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON ORDER TO SHOW CAUSE** <br><br>Date:   May 27, 2015 <br>Time:   8:00 a.m. <br>Crtm.:  8, 19th Floor <br>Judge:  The Hon. Judge William H. Alsup <br><br>Action Filed:   August 19, 2014 <br>Trial Date:     None Set |

11951.0501/4117659.1                                          3:14-cv-04581-WHA
[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON ORDER TO SHOW CAUSE

1  After full consideration of the request of defendants U.S. Bank, National Association, Trustee, on behalf of the Holders of the Harborview Mortgage Loan Trust 2005-12 and Nationstar Mortgage LLC ("Defendants") to appear by telephone at the hearing on the Order to Show cause why counsel for the plaintiffs failed to return a signed original notice of voluntary withdrawal of lis pendens, et al. currently set for May 27, 2015, at 8:00 a.m. and good cause appearing, the Court rules as follows:

The request is GRANTED. Counsel for the Defendants may appear telephonically for the Order to Show cause why counsel for the plaintiffs failed to return a signed original notice of voluntary withdrawal of lis pendens, et al. scheduled for May 27, 2015, at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: May 26, 2015.

Honorable Hon. Judge William H. Alsup